# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

FILED
MAY 29 PM 4:06

CR 07 0336 WHA

UNITED STATES OF AMERICA,

v.

MAURICE BIBBS, and
DEANDRE WATSON

E-Filing

DEFENDANT.

---

## INDICTMENT

18 U.S.C. 2119- Carjacking;
18 U.S.C. 924(c)(1)(A)- Using, Carrying and
Possession Firearms During and in Relation to a Crime
of Violence;
18 U.S.C, 1512(b)(1)- Tampering with a Witness;

---

A true bill.

_____ Foreman

Filed in open court this _____ day of _____

_____ Clerk

Bail, $ No process each defendant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 29 PM 4:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
Title 18 U.S.C. §2119 - Carjacking.
Title 18 U.S.C. §924(c)(1)(A) - Using, Carrying and Possessing Firearm During and in Relation to a Crime of Violence.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:** PLEASE SEE ATTACHMENT.

*E-Filing*

**DEFENDANT - US**
DEANDRE WATSON

NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**
CR 07 0336 WHA

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
WILLIAM FRENTZEN

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: NONE

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

DEANDRE WATSON– CHARGED VIOLATIONS

COUNT 1: Title 18 USC § 2119 - Carjacking;

>Penalties: § 2119: Not more than 15 years imprisonment; not more $250,000 fine, and not more than 3 years supervised release.

COUNT 2: Title 18 USC § 924(c)(1)(A) - Using, Carrying and Possessing Firearms During and in Relation to a Crime of Violence.

>Penalties: §924: Not less than 7 years imprisonment consecutive to any sentence for violating § 2119, not more than $250,000 fine, and not more than 5 years supervised release.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C. §2119 - Carjacking;
Title 18 U.S.C. §924(c)(1)(A) - Using, Carrying and Possessing Firearm During and in Relation to a Crime of Violence; Title 18 U.S.C. §1512(b)(1) - Tampering with a Witness.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
PLEASE SEE ATTACHMENT.

*E-Filing*

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 29 PM 4:06
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S. vs. MAURICE BIBBS

NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
CR 07 0336 WHA

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WILLIAM FRENTZEN

**DEFENDANT**

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NONE

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

MAURICE BIBBS– CHARGED VIOLATIONS

COUNT 1: Title 18 USC § 2119 - Carjacking;

    Penalties: § 2119: Not more than 15 years imprisonment;
    not more $250, 000 fine, and not more than 3 years supervised
    release.

COUNT 2: Title 18 USC § 924(c)(1)(A) - Using, Carrying and Possessing
    Firearms During and in Relation to a Crime of Violence.

    Penalties: §924: Not less than 7 years imprisonment consecutive
    to any sentence for violating § 2119, not more than $250,000 fine,
    and not more than 5 years supervised release.

COUNT 3: Title 18 USC §1512(b)(1) - Tampering with a Witness

    Penalties: § 1512(b)(1): Not more than 10 years imprisonment;
    not more than $250,000 fine, and not than 3 years supervised
    release.

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3
4
5
6
7
8
          UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA
10
          SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,       )  CR 07-0336 WHA
   |        Plaintiff,               )  VIOLATIONS:
13 |                                 )
   |   v.                            )  18 U.S.C. § 2119 – Carjacking;
14 |                                 )
   | MAURICE BIBBS,                  )  18 U.S.C. § 924(c)(1)(A) – Using, Carrying
15 |   and                           )  and Possessing Firearm During and in
   | DEANDRE WATSON,                 )  Relation to a Crime of Violence;
16 |                                 )
   |        Defendants.              )  18 U.S.C. § 1512 – Tampering with a
17 |                                 )  Witness;
   |_____)
18                                      18 U.S.C. § 2 – Aiding and Abetting
19                                      SAN FRANCISCO VENUE
20
21                I N D I C T M E N T
22  The Grand Jury charges:
23  COUNT ONE
24      On or about March 14, 2007, in the Northern District of California, the defendants,
25              MAURICE BIBBS and DEANDRE WATSON,
26  aided and abetted, each by the other, with the intent to cause death and serious bodily harm, did
27  take by force and violence and by intimidation a motor vehicle that had been transported,
28  shipped, and received in interstate and foreign commerce, that is, a 2007 Chrysler Sebring, VIN

1 | No. 1C3LC46K57N552776, from the person and presence of A.W., a person known to the grand
2 | jury, in violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT TWO

On or about March 14, 2007, in the Northern District of California, the defendants,

MAURICE BIBBS and DEANDRE WATSON,

aided and abetted, each by the other, knowingly used and carried a firearm, that is, a Cobra .380 caliber pistol, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking as charged in Count One of this Indictment, and, in furtherance of that carjacking, did knowingly possess and brandish the firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT THREE

On or about March 19, 2007, in the Northern District of California, the defendant,

MAURICE BIBBS,

did knowingly intimidate, threaten, attempt to intimidate, attempt to threaten, and engage in misleading conduct toward A.W., a person known to the grand jury, by making a threatening phone call to A.W., with the intent to influence, delay, and prevent the testimony of A.W. in an official proceeding, in violation of Title 18, United States Code, Section 1512(b)(1).

DATED:                                                          A TRUE BILL.

05/29/07

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
MARK L. KROTOSKY
Chief, Criminal Division

(Approved as to form: _____ )
AUSA William Frentzen

INDICTMENT                                                      2