UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 07-336 WHA (BZ) |
| Plaintiff(s), ) | |
| ) | **CLERK'S NOTICE REGARDING** |
| v. ) | **TENTATIVE RULING ON** |
| ) | **DEFENDANT BIBB'S OBJECTION** |
| MAURICE BIBBS, ) | **TO THE GOVERNMENT PROCEEDING** |
| ) | **AT THE DETENTION HEARING BY** |
| Defendant(s). ) | **WAY OF PROFFER** |
| ) | |

Attached to this Clerk's Notice is a Draft Order representing a tentative ruling on defendant Bibb's Objection To the Government Proceeding at the Detention Hearing by Way of Proffer. The **June 7, 2007** hearing remains on calendar.

Dated: June 6, 2007

*Rose Maher*
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\CRIMINAL\ORDERS\ORDERS.07\CLERKSTENTATIVERULING.NOT.BIBBS.wpd

1