UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 19, 2007

Case No.: CR 07-0336 WHA

Title: UNITED STATES -v- MAURICE BIBBS (custody)
               DEANDRE WATSON (custody)

Appearances:

    For the Government: William Frentzen

    For the Defendant(s): Judd Iverson (Bibbs)
                              Scott Sugarman (Watson)

Interpreter: n/a            Probation Officer: n/a

Deputy Clerk: Dawn Toland   Court Reporter: Connie Kuhl

**PROCEEDINGS**

1) Trial Setting - HELD

2) 

Case continued to **7/23/07 at 9:00am** for Detention Hearing

**ORDERED AFTER HEARING:**

Government provided the discovery to the defendants today.

Defendants shall intend to file either a motion or an appeal re detention by 7/5/07; Government's opposition shall be filed by 7/16/07; and the reply filed by 7/18/07.

Time is excluded from today until 7/23/07.