**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 7/23/07

Case No.   CR-07-0336 WHA          Judge:   William AlsupILLSTON

Title:  UNITED STATES -v- Maurice Bibbs(c)(p) & Deandre Watson(c)(p)

Attorneys:   Wm. Frentzen          S. Sugarman & M Clough

Deputy Clerk: Tracy Sutton   Court Reporter: R. Russo

**PROCEEDINGS**

1)  Detention Hearing - HELD
2)  _____
3)  _____
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                  PART

Case continued to **10/9/07 @ 2:00 P.M.** for Motions (all motions other than routine motions in limine) (Motion due 9/11/07, Opposition 9/25/07  Reply 9/28/07 )


Category of Excludable Delay:   Availability of Counsel
**Delay begins:           Delay ends: 10/9/07**
(                 )

ORDERED AFTER HEARING:
Counsel are directed to file supplemental briefs re: what constitutes force, violence and intimidation by noon on 7/24/07.

Counsel must meet and confer re: DNA testing.  If a motion is necessary, it may be heard on an expedited basis.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )

TIME: 1:25