**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00336 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING BRIEFING SCHEDULE AND SETTING STATUS HEARING** |
| MAURICE BIBBS, and DEANDRE WATSON, | |
| Defendants. / | |

Pursuant to the parties' stipulation, the briefing schedule previously set is hereby **VACATED**. A status hearing will be held on **OCTOBER 9, 2007,** at **2:00 P.M.**

**IT IS SO ORDERED.**

Dated: August 28, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE