UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 9, 2007

Case No.: CR 07-0336 WHA

Title: UNITED STATES -v- MAURICE BIBBS (custody)
            DEANDRE WATSON (custody)

Appearances:
    For the Government: William Frentzen

    For the Defendant(s): Judd Iverson (MB)
                          Scott Sugarman (DW)

Interpreter: n/a                Probation Officer: n/a

Deputy Clerk: Dawn Toland       Court Reporter: Jim Yeomans

**PROCEEDINGS**

1) Status - HELD

2) 

Case continued to **11/20/07 at 2:00 pm** for Further Status/Trial Setting

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Parties need additional time to listen to 37 disk, containing 826 calls, they also are still waiting for the DNA lab test results. Government will determine if additional charges will be filed against defendant Watson.

Time is excluded from today until 11/20/07.