UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: November 20, 2007

Case No.  CR-07-336 WHA             Judge: William H. Alsup

United States of America   v.   Maurice Bibbs (in custody) with Judd Iverson
                                Deandre Watson (in custody) with Scott Sugarman

    U.S. Attorney: William Frentzen

Deputy Clerk: Jennifer Ottolini            Court Reporter: Jim Yeomans

## PROCEEDINGS

**REASON FOR HEARING:** Status / Trial Setting

**RESULT OF HEARING:**   The Court GRANTED Mr. Iverson's Motion to Withdraw. New counsel shall be appointed to represent Mr. Bibbs.

Government counsel anticipates a Superseding Indictment next Tuesday.

Case Continued to 11-27-07 at 2:00 p.m. for:

    Appearance of Counsel (for Mr. Bibbs) and  Trial Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**