UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 27, 2007

Case No.:  CR 07-00336 WHA
            CR 07-00336 WHA

Title:  UNITED STATES -v- MAURICE BIBBS (custody)
                          DEANDRE WATSON (custody)

Appearances:
    For the Government: William Frentzen

    For the Defendant(s): Scott Sugarman (DW)
                          Judd Iversen (MB)

Interpreter: n/a                Probation Officer: n/a

Deputy Clerk: Dawn Toland       Court Reporter: Juanita Gonzalez

**PROCEEDINGS**

1)  Trial/Motion Setting - HELD

2)  

Case continued to **12/18/07 at 2:00 pm** for Status

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial


**ORDERED AFTER HEARING:**

Government is going to file a superseding indictment.

Time is excluded from today until 12/18/07.