UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 18, 2007

Case No.:  CR 07-0336 WHA

Title:  UNITED STATES -v- MAURICE BIBBS (Custody)
                         DEANDRE WATSON (Custody)

Appearances:
    For the Government: William Frentzen

    For the Defendant(s): Martin Sabelli (MB)
                          Scott Sugarman (DW)

Interpreter: n/a                Probation Officer: n/a

Deputy Clerk: Dawn Toland        Court Reporter: Kathy Powell

**PROCEEDINGS**

1)   Status - HELD

2)

Case continued to **1/8/08 at 2:00pm**  for Status

Case continued to **3/11/08 at 2:00pm** for Motion to Suppress

**ORDERED AFTER HEARING:**

Defendant Maurice Bibbs shall appear before Magistrate Judge James at 9:30am on 12/27/07 for ID of Counsel.

Parties intend to discuss a possible resolution.  Time is excluded from today until 1/8/08 in the interest of justice and for continuity of counsel.