**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 8, 2008

Case No.: CR 07-0336 WHA

Title: UNITED STATES -v- MAURICE BIBBS (custody)
               DEANDRE WATSON (custody)

Appearances:
    For the Government: David Hall

    For the Defendant(s): Martin Sabelli (MB)
                          Scott Sugarman (DW)

Interpreter: n/a                    Probation Officer: n/a

Deputy Clerk: Dawn Toland           Court Reporter: Belle Ball

**PROCEEDINGS**

1) Status - HELD

2) 

Case continued to **1/22/08 at 2:00 pm** for Change of Plea/Status

Case continued to **3/11/08 at 2:00 pm** for Motion Hearing

Time Excluded:    **Begins:    1/8/08         Ends:    1/22/08**

**ORDERED AFTER HEARING:**

Parties are attempting to reach a disposition.  Matter set for 1/22/08 for possible change of pleas.

Defendant shall file motions by 2/5/08 if guilty pleas are not entered.  Hearing shall be held on 3/11/08.

Time is excluded from today until 1/22/08.