UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 22, 2008

Case No.: CR 07-0336 WHA

Title: UNITED STATES -v- MAURICE BIBBS (custody)
                        DEANDRE WATSON (custody)

Appearances:
    For the Government: Drew Caputo

    For the Defendant(s): Martin Sabelli (MB) specially appeared for DW

Interpreter: n/a                Probation Officer: n/a

Deputy Clerk: Dawn Toland       Court Reporter: Kelly Bryce

**PROCEEDINGS**

1) Status - HELD

2) 

Case continued to **2/5/08 at 8:00am** for Change of Pleas

Case continued to ___ for Pretrial Conference

Case continued to ___ for Jury Trial

**ORDERED AFTER HEARING:**

Parties have reached a disposition.

Time is excluded from today until 2/5/08 for effective preparation of counsel.