UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 5, 2008

Case No.: CR 07-0336 WHA

Title: UNITED STATES -v- MAURICE BIBBS (custody)
DEANDRE WATSON (custody)

Appearances:
For the Government: William Frentzen

For the Defendant(s): Martin Sabelli (MB)
Specially Appeared for Scott Sugarman (DW)

Interpreter: n/a             Probation Officer: n/a

Deputy Clerk: Dawn Toland    Court Reporter: Sahar McVickar

**PROCEEDINGS**

1) Change of Plea - NOT HELD

2) 

Case continued to **2/8/08 at 12:00pm** for Change of Plea

Case continued to ___ for Pretrial Conference

Case continued to ___ for Jury Trial

**ORDERED AFTER HEARING:**

Parties request additional time to get approval from Washington for the plea agreements. Time is excluded from today until 2/8/08.