UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

FILED
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM ALSUP

Date: February 7, 2008

Case No.: CR 07-0336 WHA

Title: UNITED STATES -v- MAURICE BIBBS (custody)
                        DEANDRE WATSON (custody)

Appearances:
  For the Government: William Frentzen

  For the Defendant(s): Martin Sabelli (MB)
                       Scott Sugarman (DW)

Interpreter: n/a                Probation Officer: n/a

Deputy Clerk: Dawn Toland       Court Reporter: Juanita Gonzalez

## PROCEEDINGS

1) Change of Plea - HELD

2) _____

Case continued to **5/6/08 at 12:00pm** for Sentencing

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Both defendants file Plea Agreements. Defendant Deandre Watson entered a guilty plea to Count One of the Indictment. Defendant Maurice Bibbs entered a guilty plea to Count Two of the Indictment.

Probation referrals forms given to defense counsel Scott Sugarman.