1  MARTIN SABELLI  (No. 164772)
Law Offices of Martin Sabelli
2  500 Liberty St.
San Francisco, CA.
3  415-695-7883

4  Attorney for Defendant
        MAURICE BIBBS
5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0336 WHA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **APPEARANCE FOR** |
| | ) | **SENTENCING AND [proposed]** |
| MAURICE BIBBS , | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

15

16

17  In this action, Mr. Bibbs is scheduled to be sentenced on May 6, 2008 at 2:00 p.m..  Due to

18  extensive unanticipated travel, Martin Sabelli, counsel for Mr. Bibbs, has been unable to consult

19  with his client to discuss the presentencing report.  Counsel has conferred with U.S. Attorney

20  William Frenzen and he has stipulated to a new date for sentencing of June 3, 2008.  Counsel has

21  also conferred with the probation officer who has confirmed that he is available on that date.

22

23  Thus, the parties STIPULATE to continue the appearance for sentencing from May 6, 2008 to June

24  3, 2008 at 2:00 p.m.

25  ////////////

26   /////////

27  /////////

28

Stipulation to Change Sentencing Date

1

1          So Stipulated.

2

3    DATED:        May 2, 2008                    _____/s/_____
                                                 Martin Sabelli
4                                                Attorney for Maurice Bibbs

5
     DATED:        May 2, 2008                    _____/s/_____
6                                                William Frentzen
                                                 Assistant United States Attorney
7

8    So Ordered.

9
     DATE:                                        _____
10                                               WILLIAM H. ALSUP
                                                 UNITED STATES DISTRICT COURT
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Change Sentencing Date