**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MAURICE BIBBS,<br><br>    Defendant.<br>_____ / | No. CR 07-00336 WHA<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE** |

    Both parties have stipulated to continuing the sentencing date on May 6, 2008, to June 3, 2008. As there is another sentencing on that date, the Court will continue defendant's sentencing until **TUESDAY, JUNE 17, 2008**, at **2:00 P.M.**

    **IT IS SO ORDERED.**

Dated: May 5, 2008.

                                                                   WILLIAM ALSUP<br>
                                                                   UNITED STATES DISTRICT JUDGE