JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6959
   FAX: (415) 436-6753
   Email: william.frentzen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0336 WHA |
|    Plaintiff, ) | |
| ) | **UNITED STATES' SENTENCING** |
|   v. ) | **MEMORANDUM** |
| ) | |
| MAURICE BIBBS, ) | |
|    Defendant. ) | |

    The parties have entered into a plea agreement with a proposed sentence of ninety-six months of imprisonment. The government remains in agreement with that recommendation. Should the Court disagree with the combined recommendations from defendant, the government, and the Probation Officer, then the government will be prepared for trial.

    This case involves an act of extreme violence and cowardice – stealing a car at gunpoint from a pregnant woman. The defendant followed that activity by making threatening phone calls to his victim. Were it not for the defendant's young age, the government would not have entered into this agreement with him. The standard sentence for a 924(c) violation where the defendant

UNITED STATES' SENTENCING MEMO     1
No. CR 07-00336 WHA

brandishes the weapon is eighty-four months. The parties have agreed to a twelve month upward adjustment to that standard sentence due to the defendant's follow-up efforts to obstruct justice. Ninety-six months is, therefore, an appropriate sentence in the government's view.

DATED: June 16, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
William Frentzen
Assistant United States Attorney