Martin Sabelli, State Bar No. 164772
Law Offices of Martin Sabelli
500 Liberty Street
San Francisco, CA 94114-2829
Telephone: (415) 298-8435

Attorney for Defendant MAURICE BIBBS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 07-0336-01 WHA |
| ) | |
| Plaintiff, ) | **DEFENDANT'S REQUEST** |
| ) | **RE ACCEPTANCE OF** |
| v. ) | **CONDITIONAL PLEA** |
| ) | |
| MAURICE BIBBS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

On February 9, 2008, Maurice Bibbs entered a conditional plea of guilty to Count Two of the Indictment in this matter. Mr. Bibbs did so pursuant to a plea agreement that conditioned the plea upon this Court's acceptance of the joint sentencing recommendation reflected in the plea agreement.

Mr. Bibbs hereby requests that this Court accept the conditional plea by imposing the joint sentencing recommendation of 96 months. This joint recommendation reflects the nature of the offense alleged as well as the post-arrest conduct of Mr. Bibbs.

**OBJECTION TO CHARACTERIZATION OF MR. BIBBS AS A MEMBER OF THE "EDDY ROCK GANG"**

Mr. Bibbs has one exception to the facts contained in the Presentence Investigation Report. Mr. Bibbs denies that he is a member of the "Eddy Rock gang," as asserted in paragraph 14 of the Report. The Report contains no information supporting this assertion.

**REQUEST FOR JUDICIAL RECOMMENDATION RE DESIGNATION BY BUREAU OF PRISONS**

Finally, Mr. Bibbs has recently become the father of a baby boy, who lives with his mother in San Pablo. He therefore requests that this Court recommend to the Bureau of Prisons that it attempt to designate Mr. Bibbs to a facility as close as possible to the San Francisco Bay Area in order to facilitate contact between him and his son.

Date: June 17, 2008

                                           **/s/**
                                       Martin Sabelli
                                       Attorney for Maurice Bibbs