UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 17, 2008

Case No.: CR 07-0336 WHA

Title: UNITED STATES -v- MAURICE BIBBS (custody)

Appearances:
    For the Government: William Frentzen

    For the Defendant(s): Martin Sabelli

Interpreter: n/a          Probation Officer: Joshua Sparks

Deputy Clerk: Dawn Toland      Court Reporter: Juanita Gonzalez

**PROCEEDINGS**

1) Sentencing - HELD

2) _____

Case continued to __ for Sentencing

**ORDERED AFTER HEARING:**

No objections to the presentence report.

JUDGMENT: Defendant is committed to the BOP for 96 months and placed on supervised release for 3 years with special conditions: 1) submit to drug test; 2) submit to search; 3) no contact w/co-defendant; 4) no contact with victim; 5) no firearms; 6) cooperate with collection of DNA; 7) pay $100 special assessment. Fine is waived.

Court recommends the defendant be designated to a facility near the Bay Area.

FILED
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA