MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Tel: (415) 955-9103
Fax: (415) 520-5810
msabelli@sabellilaw.com

Attorney for
MAURICE BIBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07 CR 336-01 WHA |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS HEARING TO DECEMBER 16, 2014** |
| vs. | |
| MAURICE BIBBS, | |
| Defendant. | |

This matter is currently set for a status hearing on December 2, 2014.  The parties

request that this matter be continued to December 16, 2014.  The reason for the request is that

Mr. Bibbs has enrolled, with the encouragement of USPO Daniel Zurita, in a training program

which would make it impossible for him to attend the currently scheduled hearing.


/ / /

1

1    For these reasons, the parties and the USPO stipulate that the matter be continued until

2    December 16, 2014 AT 2:00 PM.

3    So stipulated.

4    Dated:  December 1, 2014                          Respectfully Submitted,

5                                                      MARTIN SABELLI/s/
6                                                      Counsel for MAURICE BIBBS

7    Dated:  December 1, 2014                          WILLIAM FRENTZEN /s/
8                                                      Counsel for the United States

9                                  **[PROPOSED] ORDER**

10    Good Cause Appearing,

11    IT IS HEREBY ORDERED that the next scheduled hearing be continued to December

12    16, 2014.

13

14

15    Date: December  _1___, 2014                      _____
                                                       HON. WILLIAM ALSUP
16                                                     UNITED STATES DISTRICT
                                                       JUDGE
17

18

19    .

20

21

22

23

24

25

26

27

28

                                               2