MARTIN SABELLI (164772)
Law Offices of Martin Sabelli
740 Noe Street
San Francisco, CA 94114
Tel: (415) 298-8435
Fax: (415) 520-5810
msabelli@sabellilaw.com


Attorney for
MAURICE BIBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 07 CR 336-01 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING STATUS HEARING TO DECEMBER 13, 2016** |
| vs. | |
| MAURICE BIBBS, | |
| Defendant. | |

This matter is currently set for a status hearing on September 27, 2016.  Mr. Bibbs is currently in state court custody.

Defense counsel has contacted Mr. Bibbs' state court counsel who has informed defense counsel that (1) Mr. Bibbs will remain in state custody beyond September 27 and (2) Mr. Bibbs is currently litigating a dispositive motion in state court under CPC 995.

1

For these reasons, the parties request that this matter be continued to December 13, 2016 to allow sufficient time for all state court matters to be resolved.

USPO Shaheen Shan concurs in this request.

For these reasons, the parties and the USPO request that the matter be continued until December 13, 2016 at 2:00 PM.

So stipulated.

Dated: September 19, 2016                                    Respectfully Submitted,

MARTIN SABELLI/s/
Counsel for MAURICE BIBBS

Dated: September 19, 2016                                    WILLIAM FRENTZEN /s/
Counsel for the United States

## [PROPOSED] ORDER

Good Cause Appearing,

IT IS HEREBY ORDERED that the next scheduled hearing be continued to December 13, 2016 at 2:00 PM.

Date: September  21 , 2016

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

.

2