MARTIN SABELLI (164772)
Law Offices of Martin Sabelli
740 Noe Street
San Francisco, CA 94114
Tel: (415) 298-8435
Fax: (415) 520-5810
msabelli@sabellilaw.com

Attorney for
MAURICE BIBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  vs.  MAURICE BIBBS,  Defendant. | Case No. CR 07 CR 336-01 WHA  **STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING STATUS HEARING TO FEBRUARY 7, 2017** |
|---|---|

    This matter is currently set for a status hearing on December 13, 2016 to February 7, 2017. Mr. Bibbs is currently in state court custody.

    Defense counsel has contacted Mr. Bibbs' state court counsel who has informed defense counsel that (1) Mr. Bibbs will remain in state custody beyond December 13, 2016 and (2) Mr. Bibbs is still litigating a dispositive motion in state court under CPC 995.

1

1  For these reasons, the parties request that this matter be continued to February 7, 2017
2  to allow sufficient time for all state court matters to be resolved.
3  USPO Shaheen Shan concurs in this request.
4  For these reasons, the parties and the USPO request that the matter be continued to
5  February 7, 2017 at 2:00 PM.
6  So stipulated.

Dated:  December 9, 2016                    Respectfully Submitted,

                                            MARTIN SABELLI/s/
                                            Counsel for MAURICE BIBBS

Dated:  December 9, 2016                    WILLIAM FRENTZEN /s/
                                            Counsel for the United States

### [PROPOSED] ORDER

Good Cause Appearing,

IT IS HEREBY ORDERED that the next scheduled hearing be continued to February 7, 2017 at 2:00 PM.

Date: December  12 , 2016                   _____
                                            HON. WILLIAM ALSUP
                                            UNITED STATES DISTRICT
                                            JUDGE

.

2