MARTIN SABELLI (164772)
Law Offices of Martin Sabelli
740 Noe Street
San Francisco, CA 94114
Tel: (415) 298-8435
Fax: (415) 520-5810
msabelli@sabellilaw.com


Attorney for
MAURICE BIBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 07 CR 336-01 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS HEARING TO JUNE 13, 2017** |
| vs. | |
| MAURICE BIBBS, | |
| Defendant. | |

    This matter is currently set for a status hearing on February 7, 2016.  Undersigned counsel has been informed that Mr. Bibbs is currently in state court custody.

    For this reason, the parties request that this matter be continued to June 13, 2017 to allow sufficient time for all state court matters to be resolved.

    USPO Shaheen Shan concurs in this request.

For these reasons, the parties and the USPO request that the matter be continued to June 13, 2017 at 2:00 PM.

So stipulated.

| | |
|---|---|
| Dated:  February 6, 2017 | Respectfully Submitted, |
| | MARTIN SABELLI/s/ |
| | Counsel for MAURICE BIBBS |
| Dated:  February 6, 2017 | WILLIAM FRENTZEN /s/ |
| | Counsel for the United States |

## [PROPOSED] ORDER

Good Cause Appearing,

IT IS HEREBY ORDERED that the next scheduled hearing be continued to June 13, 2017 at 2:00 PM.

Date: February 6, 2017

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

.