MARTIN SABELLI (164772)
Law Offices of Martin Sabelli
740 Noe Street
San Francisco, CA 94114
Tel: (415) 298-8435
Fax: (415) 520-5810
msabelli@sabellilaw.com

Attorney for
MAURICE BIBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 07 CR 336-01 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE STATUS HEARING SCHEDULED FOR JUNE 13, 2017** |
| vs. | |
| MAURICE BIBBS, | |
| Defendant. | |

    This matter is currently set for a status hearing on June 13, 2017 for a hearing related to a supervised release issue pending since 2014.  Undersigned counsel has been informed that Mr. Bibbs is currently in state court custody pending trial in a homicide matter.  The federal supervised release matter has been placed on calendar and taken off calendar numerous times in 2016 and 2017 awaiting resolution of the state matter.

For this reason, the parties request that this matter be taken off calendar until the state court matters are resolved.  Taking this matter off calendar would eliminate the need for numerous continuances before the state court matter is resolved.

USPO Shaheen Shan concurs in this request.

So stipulated.

Dated:  June 8, 2017                                            Respectfully Submitted,

                                                                                               MARTIN SABELLI/s/
                                                                                               Counsel for MAURICE BIBBS

Dated:  June 12, 2017                                        WILLIAM FRENTZEN /s/
                                                                                               Counsel for the United States

## ~~[PROPOSED]~~ ORDER

Good Cause Appearing,

IT IS HEREBY ORDERED that this matter be taken off calendar until the state court matters are resolved.

Date: ___June 13___, 2017.

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

.